# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA					Magistrate Case No. 16-9095

v.

										**ORDER**

Jeannetta Sanders

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this __28th__ day of __April__, 2016

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

FA